IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA,

    Plaintiff,

vs.                                         Civ. No. 16-438 KG/GJF

ALMA HELENA CORTES and A.C., a
MINOR CHILD,

    Defendants.

## ORDER

This matter comes before the Court upon its January 10, 2017, Memorandum Opinion and Order, and the March 16, 2017, Notice of Deposit of Interpleader Fund. (Docs. 17 and 19). Plaintiff having deposited into the Court's registry the interpleader fund in the amount of $40,640.22 (the Benefit amount plus applicable interest), as ordered by the Court on January 10, 2017,

    IT IS ORDERED that

    1.  any claimant to the Benefit is permanently enjoined and restrained from instituting or prosecuting any proceeding in any State or United States court against Plaintiff related to the Benefit;

    2.  Plaintiff is discharged from any liability in connection with, or relating to, the payment of the Benefit;

    3.  Plaintiff is dismissed from this lawsuit with prejudice; and

    4.  Defendants must now assert their claims to the Benefit as provided by the Federal Rules of Civil Procedure and the Local Rules.

_____
UNITED STATES DISTRICT JUDGE