IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA,

      Plaintiff,

vs.                                                      Civ. No. 16-0438 KG/GJF

ALMA HELENA CORTES, *et al.*,

      Defendants.

### **ORDER SETTING A TELEPHONIC STATUS CONFERENCE**

    IT IS HEREBY ORDERED that a status conference will be held by telephone on **FRIDAY, MARCH 1, 2019, AT 10:00 AM**. The parties shall call AT&T conference line 888-398-2342, using access code 9614892, to be connected to the proceedings.

_____
UNITED STATES DISTRICT JUDGE