IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA,

    Plaintiff,

vs.                                                       Civ. No. 16-438 KG/GJF

ALMA HELENA CORTES and A.C., a
MINOR CHILD,

    Defendants.

## ORDER

This matter comes before the Court upon its March 1, 2019, telephonic status conference in which Gabriella Valdez, guardian *ad litem* for Defendant A.C., was in attendance.

IT IS ORDERED that

1. on or before April 22, 2019, Ms. Valdez shall file with the Court a report including a summary of her efforts to contact and communicate with A.C. and Alma Helena Cortes; and

2. a telephonic status conference is set for April 29, 2019, at 1:30 PM, at which time Counsel shall call the AT&T conference line at 888-398-2342, access code 9614892, to be connected to the proceedings.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE