IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA,

      Plaintiff,

vs.                                                 Civ. No. 16-0438 KG/GJF

ALMA HELENA CORTES, *et al.*,

      Defendants.

## **ORDER SETTING A TELEPHONIC STATUS CONFERENCE**

IT IS HEREBY ORDERED that a status conference will be held by telephone on **MONDAY, JUNE 10, AT 1:30 PM**. The parties shall call AT&T conference line 888-398-2342, using access code 9614892, to be connected to the proceedings.

_____
UNITED STATES DISTRICT JUDGE